UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Law Offices of
KEVIN FAYETTE, L.L.C.
1675 Whitehorse Mercerville Road
Suite 204
Hamilton, New Jersey 08619
(609) 584-0600

In re:
    Jacqueline D. Adams

    Debtor(s)

Case No. 24-20567-MEH

# PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. §1325(a)(8) AND (a)(9)

I/We, Jacqueline D. Adams, upon oath according to law, hereby certify as follows:

1. The below information is being supplied for compliance with the adjourned Confirmation hearing date on January 22, 2025.

2. The above named Debtor(s) is/are current with all of their Post-Petition obligations.

3. The above named Debtor(s) has/have paid all Post-Petition amounts that are required to be paid under any and all Domestic Support Obligations.

4. The above named Debtor(s) has/have filed all applicable Federal, State and Local tax returns, as required by 11 U.S.C. §1308.

5. If the Confirmation hearing dated stated in Paragraph 1 is adjourned for any reason, an updated Certification will be filed with the Court prior to any subsequent Confirmation hearing date in the event any of the information contained in this Certification changes.

6. If this Certification is being signed by the Debtor(s)' attorney, Counsel certifies that the Debtors were duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I/We certify that the foregoing statements made by me/us are true. I/We am/are aware that if any of the foregoing statements made by me/us are willfully false, I/We am/are subject to punishment.

Date: 11/21/2024      */s/ Jacqueline D. Adams*
                                     Jacqueline D. Adams