| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 24-20567 / MEH**

Jacqueline D. Adams

Petition Filed Date: 10/25/2024
341 Hearing Date: 11/21/2024
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/04/2024 | $700.00 | 10057327 | 12/03/2024 | $700.00 | 10099639 | | | |

**Total Receipts for the Period: $1,400.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Jacqueline D. Adams | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Kevin C. Fayette, Esq. | Attorney Fees | $3,700.00 | $0.00 | $3,700.00 |
| | | Hold Funds: Reserve | | | |
| 1 | LVNV FUNDING LLC<br>»»  RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $2,738.19 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»»  SHERMAN ORIGINATOR LLC | Unsecured Creditors | $714.00 | $0.00 | $0.00 |
| 3 | U.S. DEPARTMENT OF HUD<br>»»  P/1562 12TH ST/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $806.49 | $0.00 | $0.00 |
| 5 | CAPITAL ONE BANK (USA), N.A.<br>»»  SYNCHRONY BANK | Unsecured Creditors | $426.04 | $0.00 | $0.00 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured Creditors | $560.74 | $0.00 | $0.00 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  AMAZON.COM | Unsecured Creditors | $1,426.20 | $0.00 | $0.00 |
| 8 | MIDLAND CREDIT MANAGEMENT, INC<br>»»  PAGAYA AI DEBT GRANTOR TRUST 2022 1/UPGRADE | Unsecured Creditors | $9,899.04 | $0.00 | $0.00 |
| 9 | Verizon by American InfoSource as Agent | Unsecured Creditors | $291.87 | $0.00 | $0.00 |
| 10 | TD BANK USA, NA | Unsecured Creditors | $427.00 | $0.00 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CITIBANK, NA | Unsecured Creditors | $1,069.75 | $0.00 | $0.00 |
| 12 | ASHLEY FUNDING SERVICES, LLC<br>»»  LAB CORP OF AMERICA HOLDINGS | Unsecured Creditors | $53.17 | $0.00 | $0.00 |
| 13 | ASHLEY FUNDING SERVICES, LLC<br>»»  LAB CORP OF AMERICA HOLDINGS | Unsecured Creditors | $33.70 | $0.00 | $0.00 |
| 14 | ASHLEY FUNDING SERVICES, LLC<br>»»  LAB CORP OF AMERICA HOLDINGS | Unsecured Creditors | $249.60 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-20567 / MEH**

| | | | | | |
|---|---|---|---|---|---|
| 15 | ASHLEY FUNDING SERVICES, LLC<br>»» LAB CORP OF AMERICA HOLDINGS | Unsecured Creditors | $19.96 | $0.00 | $0.00 |
| 16 | ASHLEY FUNDING SERVICES, LLC<br>»» LAB CORP OF AMERICA HOLDINGS | Unsecured Creditors | $35.92 | $0.00 | $0.00 |
| 17 | ASHLEY FUNDING SERVICES, LLC<br>»» LAB CORP OF AMERICA HOLDINGS | Unsecured Creditors | $10.80 | $0.00 | $0.00 |
| 18 | ASHLEY FUNDING SERVICES, LLC<br>»» LAB CORP OF AMERICA HOLDINGS | Unsecured Creditors | $188.48 | $0.00 | $0.00 |
| 19 | ASHLEY FUNDING SERVICES, LLC<br>»» LAB CORP OF AMERICA HOLDINGS | Unsecured Creditors | $7.21 | $0.00 | $0.00 |
| 20 | ASHLEY FUNDING SERVICES, LLC<br>»» LAB CORP OF AMERICA HOLDINGS | Unsecured Creditors | $15.32 | $0.00 | $0.00 |
| 21 | LAKEVIEW LOAN SERVICING LLC<br>»» P/1562 12TH ST/1ST MTG | Mortgage Arrears | $7,449.18 | $0.00 | $0.00 |
| 22 | MIDLAND CREDIT MANAGEMENT, INC<br>»» COMENITY BANK/VICTORIA'S SECRET | Unsecured Creditors | $1,883.69 | $0.00 | $0.00 |
| 23 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CREDIT ONE BANK,NA | Unsecured Creditors | $1,329.04 | $0.00 | $0.00 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES<br>»» HSN | Unsecured Creditors | $2,210.97 | $0.00 | $0.00 |
| 25 | AiDVANTAGE OF BEHALF OF: THE DEPT OF ED | Unsecured Creditors | $60,202.93 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,400.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $700.00 |
| Paid to Trustee: | $119.00 | Arrearages: | $700.00 |
| Funds on Hand: | $1,281.00 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.

