Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  24−20567−MEH
Chapter:  13
Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jacqueline D. Adams
   1562 12th Street
   Ewing, NJ 08638

Social Security No.:
   xxx−xx−7513

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 28, 2025.

Dated: January 28, 2025
JAN: km

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-20567-MEH |
| Jacqueline D. Adams | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Jan 28, 2025 | Form ID: plncf13 | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jacqueline D. Adams, 1562 12th Street, Ewing, NJ 08638-2906 |
| 520434443 | + | Allied Health MSO, P.O. Box 31570, Belfast, ME 04915-0168 |
| 520434450 | + | Frederic I. Weinberg & Associates, PC, Attn: Frederic I. Weinberg, 1200 Laurel Oak Rd., Suite 104, Voorhees, NJ 08043-4317 |
| 520434482 | | Princeton Endoscopy Center, LLC., P.O. Box 789591, Philadelphia, PA 19178-9591 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 28 2025 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 28 2025 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520434442 | | Email/Text: cs@aldouslegal.com | Jan 28 2025 20:50:00 | Aldous and Associates, PLLC, Attn: Bankruptcy, Po Box 171374, Holladay, UT 84117 |
| 520513537 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jan 28 2025 21:03:33 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 520492713 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2025 21:14:22 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520434444 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 28 2025 20:49:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520434445 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 28 2025 21:03:06 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520468833 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 28 2025 21:03:51 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520434448 | | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 28 2025 20:50:00 | Credit Collection Services, P.O. Box 337, Norwood, MA 02062-0337 |
| 520434449 | | Email/Text: servicingmailhub@flagstar.com | Jan 28 2025 20:50:00 | Flagstar, P.O. Box 619022, Dallas, TX 75261-9022 |
| 520497519 | + | Email/Text: servicingmailhub@flagstar.com | Jan 28 2025 20:50:00 | Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520439608 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2025 21:26:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520434451 | | Email/Text: govtaudits@labcorp.com | Jan 28 2025 20:49:00 | Laboratory Corporation of America Hold., PO Box 2240, Burlington, NC 27216-2240 |
| 520434452 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2025 21:03:59 | Lvnv Funding/Resurgent Capital, Attn: |

Case 24-20567-MEH    Doc 19    Filed 01/30/25    Entered 01/31/25 00:15:22    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 28, 2025 | Form ID: plncf13 | Total Noticed: 40 |

| | | | | |
|---|---|---|---|---|
| | | | | Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520434453 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 28 2025 20:50:00 | Mia Kiritsis, Esq., 1 Riverfront Plaza, Suite 310, Newark, NJ 07102-5412 |
| 520485008 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 28 2025 20:50:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520434454 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 28 2025 20:50:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 520434458 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jan 28 2025 21:26:12 | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 520434474 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jan 28 2025 20:50:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 520477543 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 28 2025 21:26:19 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520434476 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 28 2025 21:03:06 | Portfolio Recovery, 120 Corporate Boulevard, Atten: Carrie A. Gerding, Norfolk, VA 23502 |
| 520434475 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 28 2025 21:03:55 | Portfolio Recovery, 120 Corporate Boulevard, Atten: Carrie A. Gerding, Esq., Norfolk, VA 23502 |
| 520434477 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 28 2025 21:14:11 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520479812 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 28 2025 21:04:01 | Portfolio Recovery Associates, LLC, c/o Amazon.com, POB 41067, Norfolk VA 23541 |
| 520434481 | | Email/Text: signed.order@pfwattorneys.com | Jan 28 2025 20:49:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520434483 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Jan 28 2025 20:50:00 | Quest Diagnostics, PO BOX 740775, Cincinnati, OH 45274-0775 |
| 520434484 | + | Email/Text: ngisupport@radiusgs.com | Jan 28 2025 20:49:00 | Radius Global Solutions, P.O. Box 390915, Minneapolis, MN 55439-0911 |
| 520434486 | | Email/Text: clientservices@remexinc.com | Jan 28 2025 20:49:00 | ReMex, Inc., P.O. Box 765, Rocky Hill, NJ 08553-0765 |
| 520434487 | + | Email/Text: bankruptcy@sw-credit.com | Jan 28 2025 20:50:00 | SWC Group, 4120 International Parkway #100, Carrollton, TX 75007-1957 |
| 520434488 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 28 2025 21:03:06 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520490928 | | Email/Text: bncmail@w-legal.com | Jan 28 2025 20:50:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 520434489 | + | Email/Text: bncmail@w-legal.com | Jan 28 2025 20:50:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 520434490 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 28 2025 20:50:00 | Transworld Systems, Inc., 500 Virginia Drive, Ste. 514, Fort Washington, PA 19034-2733 |
| 520446815 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jan 28 2025 21:03:26 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520488318 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 28 2025 21:03:29 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520434491 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 28 2025 21:14:23 | Walmart Credit Services/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 36

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 28, 2025 | Form ID: plncf13 | Total Noticed: 40 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520434446 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520434447 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520500948 | *+ | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520434455 | *+ | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 520434456 | *+ | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 520434457 | *+ | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 520434459 | *+ | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 520434460 | *+ | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 520434461 | *+ | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 520434462 | *+ | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 520434463 | *+ | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 520434464 | *+ | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 520434465 | *+ | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 520434466 | *+ | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 520434467 | *+ | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 520434468 | *+ | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 520434469 | *+ | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 520434470 | *+ | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 520434471 | *+ | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 520434472 | *+ | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 520434473 | *+ | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 520434478 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520434479 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520434480 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520501016 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 520434485 | *+ | Radius Global Solutions, P.O. Box 390915, Minneapolis, MN 55439-0911 |

TOTAL: 0 Undeliverable, 26 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 30, 2025        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Jan 28, 2025 | Form ID: plncf13 | Total Noticed: 40 |

Kevin C. Fayette
    on behalf of Debtor Jacqueline D. Adams kfayette@kevinfayette.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4