Laura Egerman
McCalla Raymer Leibert Pierce, LLP
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Movant

**Order Filed on July 30, 2025**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 13 |
| Jacqueline D. Adams, | Case No. 24-20567-MEH |
| | Hearing Date: July 30, 2025 at 9:00 a.m. |
| Debtor. | Judge: Mark E. Hall |

**CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

The relief set forth on the following pages, number two (2) through three (3) is hereby

**ORDERED**

**DATED: July 30, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

Page 2

Debtor:            Jacqueline D. Adams
Case No.:          24-20567-MEH
Caption of Order:  **CONSENT ORDER RESOLVING SECURED CREDITOR'S
                   MOTION FOR RELIEF FROM THE AUTOMATIC STAY
                   AND PROVIDING FOR CURE OF POST-PETITION
                   ARREARS**

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay (the "Motion") filed by Lakeview Loan Servicing, LLC as serviced by Nationstar Mortgage LLC ("Secured Creditor"), and Jacqueline D. Adams ("Debtor") having filed opposition thereto, with respect to Secured Creditor's lien on Debtor's real property commonly known as 1562 12th Street, Ewing, NJ 08638, ("Property"), and the parties having consented to the entry of the within Order, and for good cause shown ,it is hereby:

### ORDERED AS FOLLOWS:

1. Debtor is now post-petition current and is due for the July 1, 2025 post-petition monthly payment in the amount of $1,510.02.

2. Debtor shall resume post-petition payments to be paid timely and in full with the July 1, 2025 payment.

3. If Debtor should default and fail to make future post-petition payments to Movant that come due during the pendency of this case for thirty (30) days from the due date, Movant's counsel may submit a certification of default and the Court may enter an Order vacating the automatic stay permitting Movant to proceed with its action against the real property known as 1562 12th Street, Ewing, NJ 08638.

4. Debtor shall pay attorney fees and costs for the motion for relief in the amount of $699.00 to be paid as an administrative claim through the plan.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Page 3

| | |
|---|---|
| Debtor: | Jacqueline D. Adams |
| Case No.: | 24-20567-MEH |
| Caption of Order: | **CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS** |

Consent to Form and Entry

McCalla Raymer Leibert Pierce, LLP
Attorney for the Secured Creditor

By: /s/ Laura Egerman

Laura Egerman

Date: 07/11/2025

Law Offices of Kevin Fayette, LLC
Attorney for the Debtor

By: _____

Kevin C. Fayette

Date: 7/8/25