Laura Egerman
McCalla Raymer Leibert Pierce, LLP
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Movant



**Order Filed on July 30, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Jacqueline D. Adams, | Case No. 24-20567-MEH |
| | Hearing Date: July 30, 2025 at 9:00 a.m. |
| Debtor. | Judge: Mark E. Hall |

**CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

The relief set forth on the following pages, number two (2) through three (3) is hereby

ORDERED

**DATED: July 30, 2025**

_____
Honorable Mark E. Hall
United States Bankruptcy Judge

Page 2

Debtor: Jacqueline D. Adams
Case No.: 24-20567-MEH
Caption of Order: **CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay (the "Motion") filed by Lakeview Loan Servicing, LLC as serviced by Nationstar Mortgage LLC ("Secured Creditor"), and Jacqueline D. Adams ("Debtor") having filed opposition thereto, with respect to Secured Creditor's lien on Debtor's real property commonly known as 1562 12th Street, Ewing, NJ 08638, ("Property"), and the parties having consented to the entry of the within Order, and for good cause shown, it is hereby:

**ORDERED AS FOLLOWS:**

1. Debtor is now post-petition current and is due for the July 1, 2025 post-petition monthly payment in the amount of $1,510.02.

2. Debtor shall resume post-petition payments to be paid timely and in full with the July 1, 2025 payment.

3. If Debtor should default and fail to make future post-petition payments to Movant that come due during the pendency of this case for thirty (30) days from the due date, Movant's counsel may submit a certification of default and the Court may enter an Order vacating the automatic stay permitting Movant to proceed with its action against the real property known as 1562 12th Street, Ewing, NJ 08638.

4. Debtor shall pay attorney fees and costs for the motion for relief in the amount of $699.00 to be paid as an administrative claim through the plan.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Page 3

Debtor:              Jacqueline D. Adams
Case No.:            24-20567-MEH
Caption of Order:    CONSENT ORDER RESOLVING SECURED CREDITOR'S
                     MOTION FOR RELIEF FROM THE AUTOMATIC STAY
                     AND PROVIDING FOR CURE OF POST-PETITION
                     ARREARS

Consent to Form and Entry

| McCalla Raymer Leibert Pierce, LLP | Law Offices of Kevin Fayette, LLC |
| Attorney for the Secured Creditor | Attorney for the Debtor |

By: /s/ Laura Egerman                    By: [signature]
    Laura Egerman                            Kevin C. Fayette

Date: 07/11/2025                         Date: 7/8/25

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-20567-MEH |
| Jacqueline D. Adams | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Jul 30, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2025:**

**Recip ID            Recipient Name and Address**
db                +  Jacqueline D. Adams, 1562 12th Street, Ewing, NJ 08638-2906

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2025                Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin C. Fayette | on behalf of Debtor Jacqueline D. Adams kfayette@kevinfayette.com |
| Laura M. Egerman | on behalf of Creditor Lakeview Loan Servicing  LLC as serviced by Nationstar Mortgage LLC laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5