Office Mailing Address:
Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2025 to 02/19/2026

**Chapter 13 Case No. 24-20567 / MEH**

Jacqueline D. Adams

Petition Filed Date: 10/25/2024
341 Hearing Date: 11/21/2024
Confirmation Date: 01/22/2025

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/03/2025 | $700.00 | 10184431 | 03/10/2025 | $700.00 | | 04/08/2025 | $700.00 | |
| 05/07/2025 | $700.00 | | 06/09/2025 | $700.00 | | 07/09/2025 | $700.00 | |
| 08/12/2025 | $700.00 | | 09/22/2025 | $700.00 | | 10/21/2025 | $700.00 | |
| 11/18/2025 | $700.00 | | 12/15/2025 | $700.00 | | 01/12/2026 | $700.00 | |
| 02/09/2026 | $700.00 | | | | | | | |

**Total Receipts for the Period: $9,100.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $10,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Jacqueline D. Adams | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Kevin C. Fayette, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,700.00 | $3,700.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $2,738.19 | $0.00 | $2,738.19 |
| 2 | LVNV FUNDING LLC<br>»» SHERMAN ORIGINATOR LLC | Unsecured Creditors | $714.00 | $0.00 | $714.00 |
| 3 | U.S. DEPARTMENT OF HUD<br>»» P/1562 12TH ST/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $806.49 | $0.00 | $806.49 |
| 5 | CAPITAL ONE BANK (USA), N.A.<br>»» SYNCHRONY BANK | Unsecured Creditors | $426.04 | $0.00 | $426.04 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured Creditors | $560.74 | $0.00 | $560.74 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» AMAZON.COM | Unsecured Creditors | $1,426.20 | $0.00 | $1,426.20 |
| 8 | MIDLAND CREDIT MANAGEMENT, INC<br>»» PAGAYA AI DEBT GRANTOR TRUST 2022 1/UPGRADE | Unsecured Creditors | $9,899.04 | $0.00 | $9,899.04 |
| 9 | Verizon by American InfoSource as Agent | Unsecured Creditors | $291.87 | $0.00 | $291.87 |
| 10 | TD BANK USA, NA | Unsecured Creditors | $427.00 | $0.00 | $427.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CITIBANK, NA | Unsecured Creditors | $1,069.75 | $0.00 | $1,069.75 |
| 12 | ASHLEY FUNDING SERVICES, LLC<br>»» LAB CORP OF AMERICA HOLDINGS | Unsecured Creditors | $53.17 | $0.00 | $53.17 |

| | | | | | |
|---|---|---|---|---|---|
| 13 | ASHLEY FUNDING SERVICES, LLC<br>»» LAB CORP OF AMERICA HOLDINGS | Unsecured Creditors | $33.70 | $0.00 | $33.70 |
| 14 | ASHLEY FUNDING SERVICES, LLC<br>»» LAB CORP OF AMERICA HOLDINGS | Unsecured Creditors | $249.60 | $0.00 | $249.60 |
| 15 | ASHLEY FUNDING SERVICES, LLC<br>»» LAB CORP OF AMERICA HOLDINGS | Unsecured Creditors | $19.96 | $0.00 | $19.96 |
| 16 | ASHLEY FUNDING SERVICES, LLC<br>»» LAB CORP OF AMERICA HOLDINGS | Unsecured Creditors | $35.92 | $0.00 | $35.92 |
| 17 | ASHLEY FUNDING SERVICES, LLC<br>»» LAB CORP OF AMERICA HOLDINGS | Unsecured Creditors | $10.80 | $0.00 | $10.80 |
| 18 | ASHLEY FUNDING SERVICES, LLC<br>»» LAB CORP OF AMERICA HOLDINGS | Unsecured Creditors | $188.48 | $0.00 | $188.48 |
| 19 | ASHLEY FUNDING SERVICES, LLC<br>»» LAB CORP OF AMERICA HOLDINGS | Unsecured Creditors | $7.21 | $0.00 | $7.21 |
| 20 | ASHLEY FUNDING SERVICES, LLC<br>»» LAB CORP OF AMERICA HOLDINGS | Unsecured Creditors | $15.31 | $0.00 | $15.31 |
| 21 | LAKEVIEW LOAN SERVICING, LLC<br>»» P/1562 12TH ST/1ST MTG | Mortgage Arrears | $7,449.18 | $3,950.60 | $3,498.58 |
| 22 | MIDLAND CREDIT MANAGEMENT, INC<br>»» COMENITY BANK/VICTORIA'S SECRET | Unsecured Creditors | $1,883.69 | $0.00 | $1,883.69 |
| 23 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CREDIT ONE BANK,NA | Unsecured Creditors | $1,329.04 | $0.00 | $1,329.04 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES<br>»» HSN | Unsecured Creditors | $2,210.97 | $0.00 | $2,210.97 |
| 25 | AiDVANTAGE OF BEHALF OF: THE DEPT OF ED<br>»» STUDENT LOANS O/S | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 26 | LAKEVIEW LOAN SERVICING, LLC<br>»» 1562 12TH ST/ATTY FEES 7/30/25 | Mortgage Arrears | $699.00 | $699.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,500.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $8,349.60 | Current Monthly Payment: | $700.00 |
| Paid to Trustee: | $854.00 | Arrearages: | $0.00 |
| Funds on Hand: | $1,296.40 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**