UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Offices of Kevin Fayette, LLC
1675 Whitehorse-Mercerville Road
Suite 204
Hamilton, NJ 08619
(609) 584-0600

| | |
|---|---|
| In Re: Jacqueline Adams | Case No.: 24-20567 |
| | Judge: EJO |
| | Chapter: 13 |

**CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO**

❑ **CREDITOR'S MOTION or CERTIFICATION OF DEFAULT**

☑ **TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT**

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following **(choose one)**:

1. ❑ Motion for Relief from the Automatic Stay filed by____________________ ______________________, creditor,

A hearing has been scheduled for ______________________________, at __________ __m.

OR

☑ Motion to Dismiss filed by the Standing Chapter 13 Trustee.

A hearing has been scheduled for October 14, 2026, at 9:00 a m.

❑ Certification of Default filed by ____________________________, creditor,

I am requesting a hearing be scheduled on this matter.

OR

❑ Certification of Default filed by Standing Chapter 13 Trustee

I am requesting a hearing be scheduled on this matter.

2. I am objecting to the above for the following reasons **(choose one)**:

❑ Payments have been made in the amount of $ ____________________, but have not been accounted for. Documentation in support is attached hereto.

☑ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**: I recently fell behind on my trustee payments due to car repairs and new roof on my property. I made a payment to the trustee on 9/21/26 in the amount of

❑ Other **(explain your answer)**: $700.00. I can make another payment in the amount of $1,150.00 prior to the court date. I request that any remaining arrears be capitalized over the remainder of my case.

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. I certify under penalty of perjury that the foregoing is true and correct.

Date: 10/6/26 /s/ Jacqueline Adams
Debtor's Signature

Date: ____________________ ____________________
Debtor's Signature

**NOTE:**

1. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor at least seven (7) days before the return date pursuant to D.N.J. LBR 9013-1(d),if filed in opposition to a *Motion for Relief from the Automatic Stay or Trustee's Motion to Dismiss.*

2. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor within ten (10) days of the filing of a *Creditor's Certification of Default (*under an *Order Resolving Motion to Vacate Stay and/or Dismiss with Conditions) or a Trustee's Certification of Default.*

**If this form is not filed the Motion or Certification of Default will be deemed uncontested and no hearing will be scheduled.**